UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
───────────────────────────────────────

| | |
|---|---|
| MARC K. WRIGHT, | **STIPULATION OF DISMISSAL** |
| Plaintiff, | |
| vs. | 06 CV 0527S (F) |
| E. I. DU PONT DE NEMOURS AND COMPANY, | |
| Defendant. | |

───────────────────────────────────────

IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned attorneys for all the parties hereto, that this action is hereby dismissed in its entirety with prejudice and without costs to any party.

Dated:   Buffalo, New York
         November 20, 2008

| | |
|---|---|
| PHILLIPS LYTLE LLP | THE KNOER GROUP, PLLC |
| | |
| By \s\ Kevin M. Hogan | By \s\ Robert E. Knoer |
|      Kevin M. Hogan |      Robert E. Knoer |
| Attorneys for Defendant | Attorneys for Plaintiff |
| 3400 HSBC Center | 1707 Liberty Building |
| Buffalo, NY  14203 | 424 Main Street |
| Telephone:  (716) 847-8400 | Buffalo, NY  14202 |
| khogan@plllp.com | Telephone:  (716) 332-0032 |
| | rknoer@knoergroup.com |

Doc # 01-2223937.1